IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RENO WOLFGANG,

      Appellant,

 v.                                   Case No.  5D16-1797

JEFFREY J. DAWSY, AS SHERIFF
OF CITRUS COUNTY,

      Appellee.

_____/

Opinion filed December 2, 2016

Appeal from the Circuit Court
for Citrus County,
Patricia V. Thomas, Judge.

Reno Wolfgang, Punta Gorda,
pro se.

R. Wesley Bradshaw, of Bradshaw
& Mountjoy, P.A., Inverness, for
Appellee.

PER CURIAM.

      Reno Wolfgang appeals the dismissal of his cause of action for replevin seeking return of property seized during the course of a criminal investigation. We affirm. See Pondella Hall For Hire, Inc. v. City of St. Cloud, 837 So. 2d 510, 511–12 (Fla. 5th DCA 2003) (concluding trial court correctly dismissed replevin action because it lacked jurisdiction; cause of action must be brought in court with jurisdiction over the criminal

proceedings (citing <u>Eight Hundred Inc. v. State</u>, 781 So. 2d 1187, 1190–91 (Fla. 5th DCA 2001))).[1]

AFFIRMED.

SAWAYA, COHEN and EDWARDS, JJ., concur.

---

[1] We note that the dismissal is without prejudice to Wolfgang pursuing his claim in the appropriate court. <u>See</u> <u>Pondella Hall For Hire, Inc.</u>, 837 So. 2d at 512.